# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:                                §
                                      §
LINDER, KELLY J                       §      Case No. 12-02758
                                      §
        Debtor(s)                     §

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
>     Kenneth S. Gardner
>     Clerk of the U.S. Bankruptcy Court
>     219 S. Dearborn, 7th Floor
>     Chicago, Illinois  60604

     Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :
>     10:30 a.m.
>     on January 31, 2013
>     in Courtroom 682, U.S. Courthouse
>     219 S. Dearborn St., Chicago, IL

     If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: Kenneth S. Gardner_____
                                              Clerk of the US Bankruptcy Court


*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
LINDER, KELLY J §    Case No. 12-02758
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 4,636.00 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 4,636.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi, Trustee | $ 1,159.00 | $ 0.00 | $ 1,159.00 |
| Total to be paid for chapter 7 administrative expenses | | | $ 1,159.00 |
| Remaining Balance | | | $ 3,477.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 113,610.15 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Atlas Acquisitions LLC (Citibank - Zales) | $ 1,970.38 | $ 0.00 | $ 60.30 |
| 000002 | Midland Credit Management, Inc. | $ 6,144.94 | $ 0.00 | $ 188.06 |
| 000003 | PYOD, LLC its successors and assigns as assignee | $ 3,334.22 | $ 0.00 | $ 102.04 |
| 000004 | PYOD, LLC its successors and assigns as assignee | $ 7,118.43 | $ 0.00 | $ 217.86 |
| 000005 | Capital One Bank (USA), N.A. | $ 3,390.01 | $ 0.00 | $ 103.75 |
| 000006 | American InfoSource LP as agent for | $ 16,250.23 | $ 0.00 | $ 497.33 |
| 000007 | American InfoSource LP as agent for | $ 1,002.33 | $ 0.00 | $ 30.68 |
| 000008 | American InfoSource LP as agent for | $ 830.15 | $ 0.00 | $ 25.41 |
| 000009 | Guaranty Bank | $ 203.97 | $ 0.00 | $ 6.24 |
| 000010 | Guaranty Bank | $ 13.49 | $ 0.00 | $ 0.41 |
| 000011 | Robyn Linder | $ 73,352.00 | $ 0.00 | $ 2,244.92 |

Total to be paid to timely general unsecured creditors    $ 3,477.00

Remaining Balance    $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Joseph A. Baldi
                        Joseph A. Baldi, Trustee

*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 12-02758-JBS
Kelly J Linder                                                        Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dramey              Page 1 of 3              Date Rcvd: Dec 14, 2012
                              Form ID: pdf006           Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 16, 2012.
```
db         +Kelly J Linder,   1130 Westminster Lane,   Elk Grove Village, IL 60007-7237
18910061   +Atlas Acquisitions LLC  (Citibank - Zales),   294 Union St.,   Hackensack, NJ 07601-4303
18408152   +Centegra Hospital,   PO Box 1447,   Woodstock, IL 60098-1447
18408156   +Chase,   PO Box 15153,   Wilmington, DE 19886-5153
18408158   +Chase Bank,   PO Box 15298,   Wilmington, DE 19850-5298
18408159   +Chase-Toys R US,   PO Box 15298,   Wilmington, DE 19850-5298
18408160   +Citi - CBNA,   PO Box 6497,   Sioux Falls, SD 57117-6497
18408161   +Citi - Home Depot,   PO Box 6497,   Sioux Falls, SD 57117-6497
18408162   +Citi - Mobile,   PO Box 688901,   Des Moines, IA 50368-8901
18408163    Citi Cards,   PO Box 688901,   Des Moines, IA 50368-8901
18408164   +Citi-Diamond,   Processing Center,   Des Moines, IA 50363-0001
18408165    Citibank,   PO Box 6497,   Sioux Falls, SD 57117-6497
18408166   +Citibank Good Year,   PO Box 6497,   Sioux Falls, SD 57117-6497
18408167   +Citiflex,   PO Box 183113,   Columbus, OH 43218-3113
18408168   +Comcast,   PO Box 3001,   Southeastern, PA 19398-3001
18408169   +EOS CCA,   700 Longwater Drive,   Norwell, MA 02061-1624
18408173   +Freedman Anselmo Lindberg LLC,   1807 West Diehl Road,   Naperville, IL 60563-1890
19282539  ++GUARANTY BANK,   4000 W BROWN DEER ROAD,   LOAN ADMINISTRATION,   BROWN DEER WI 53209-1221
            (address filed with court:  Guaranty Bank,    4000 West Brown Deer Road,    Brown Deer, WI 53209)
18408174   +Guaranty Bank,   760 West Johnson St.,   Fond du Lac, WI 54935-2016
18408176   +Kalantzis Law Firm,   1861 Hicks Road,   Suite B,   Rolling Meadows, IL 60008-1239
18408177   +Lake McHenry Pathology,   3701 Doty,   Woodstock, IL 60098-7509
18408178   +Lane Bryant,   PO Box 659728,   San Antonio, TX 78265-9728
18408179   +Leyden F.P.D.,   PO Box 1368,   Elmhurst, IL 60126-8368
18408184   +Oxford Law/Pinical,   PO Box 640,   Hopkins, MN 55343-0640
18408185   +PFG of Minnesota,   7825 Washington Ave S,   Suite 310,   Minneapolis, MN 55439-2424
18408186   +Pinnacle Credit Service,   7900 Highway 7 #100,   Minneapolis, MN 55426-4045
18408187   +Resurgence Legal Group,   1161 Lake Cook Road,   Suite E,   Deerfield, IL 60015-5277
18408188   +Robyn & Carol Linder,   10507 Ridgefield Court,   Cedarburg, WI 53012-8909
19301717   +Robyn Linder,   10507 Ridgefield Ct,   Cedarburg, WI 53012-8909
18408189   +Target National Bank,   PO Box 673,   Minneapolis, MN 55440-0673
18408190    United Hospital System,   630 Eighth Avenue,   Kenosha, WI 53143
18408191   +Zales/LVNV Funding,   PO Box 6497,   Sioux Falls, SD 57117-6497
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18408144   +E-mail/Text: jpietig@aamsonline.com Dec 15 2012 03:11:21     AAMS LLC,   4800 Mills Civic Pkwy,
             West Des Moines, IA 50265-5265
18408143   +E-mail/Text: jpietig@aamsonline.com Dec 15 2012 03:11:21     AAMS LLC,   4800 Mills Civic Pkwy St,
             West Des Moines, IA 50265-5265
19269736    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 15 2012 02:05:50
             American InfoSource LP as agent for,   Asset Acceptance,
             as assignee of CITIBANK WORLD MASTERCARD,   PO Box 248838,   Oklahoma City, OK  73124-8838
19269737    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 15 2012 02:07:01
             American InfoSource LP as agent for,   Asset Acceptance,
             as assignee of CHASE BANK USA - TOYS R U,   PO Box 248838,   Oklahoma City, OK  73124-8838
19269738    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 15 2012 02:02:53
             American InfoSource LP as agent for,   Asset Acceptance,
             as assignee of LANE BRYANT RETAIL / WFNN,   PO Box 248838,   Oklahoma City, OK  73124-8838
18408147   +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Dec 15 2012 01:53:22     Asset Acceptance,
             PO Box 2036,   Warren, MI 48090-2036
18519814   +E-mail/Text: bnc@atlasacq.com Dec 15 2012 02:51:02     Atlas Acquisitions LLC,   294 Union St.,
             Hackensack, NJ 07601-4303,   Attn Avi Schild
19009794    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 15 2012 02:07:01     Capital One Bank (USA), N.A.,
             PO Box 248839,   Oklahoma City, OK  73124-8839
18408157    E-mail/Text: bk.notifications@jpmchase.com Dec 15 2012 01:52:57     Chase Auto Finance,
             PO Box 901076,   Fort Worth, TX 76101-2076
18408170   +E-mail/Text: data_processing@fin-rec.com Dec 15 2012 02:53:22     Financial Recovery Services,
             PO Box 385908,   Minneapolis, MN 55438-5908
18408175   +E-mail/Text: bankruptcy@hraccounts.com Dec 15 2012 01:52:20     HR Accounts,
             7017 John Deere Parkway,   Moline, IL 61265-8072
18408180   +E-mail/Text: bankruptcydpt@mcmcg.com Dec 15 2012 01:53:38     MCM,   Dept. 12421,   PO Box 603,
             Oaks, PA 19456-0603
18408183   +Fax: 847-227-2151 Dec 15 2012 02:59:43     Medical recovery Specialists,   2250 E Devon Avenue,
             Suite 352,   Des Plaines, IL 60018-4519
18931097   +E-mail/Text: bankruptcydpt@mcmcg.com Dec 15 2012 01:53:38     Midland Credit Management, Inc.,
             8875 Aero Drive, Suite 200,   San Diego, CA 92123-2255
18997627   +E-mail/Text: resurgentbknotifications@resurgent.com Dec 15 2012 01:51:14
             PYOD, LLC its successors and assigns as assignee,   of Citibank,   Resurgent Capital Services,
             PO Box 19008,   Greenville, SC 29602-9008
                                                                                              TOTAL: 15
```

```
District/off: 0752-1           User: dramey              Page 2 of 3              Date Rcvd: Dec 14, 2012
                               Form ID: pdf006           Total Noticed: 47


             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18408150       Capital One Bank,    PO Box 71083
18408151       Carillon Properties
18408171       First National Bank
18408172       Freddman Anselmo Lindberg LLC,    PO Box 3228
18408146*     +AAMS LLC,    4800 Mills Civic Pkwy,    West Des Moines, IA 50265-5265
18408145*     +AAMS LLC,    4800 Mills Civic Pkwy St,    West Des Moines, IA 50265-5265
18408148*     +Asset Acceptance LLC,    PO Box 2036,    Warren, MI 48090-2036
18408149*     +Asset Acceptance LLC,    PO Box 2036,    Warren, MI 48090-2036
18408153*     +Centegra Hospital,    PO Box 1447,    Woodstock, IL 60098-1447
18408154*     +Centegra Hospital,    PO Box 1447,    Woodstock, IL 60098-1447
18408155*     +Centegra Hospital,    PO Box 1447,    Woodstock, IL 60098-1447
18408181*     +MCM,    Dept 12421,    PO Box 603,    Oaks, PA 19456-0603
18408182*     +MCM,    Dept 12421,    PO Box 603,    Oaks, PA 19456-0603
                                                                                              TOTALS: 4, * 9, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 16, 2012**                        **Signature:**        _Joseph Speetjens_

```
District/off: 0752-1           User: dramey              Page 3 of 3              Date Rcvd: Dec 14, 2012
                               Form ID: pdf006           Total Noticed: 47
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2012 at the address(es) listed below:

        Joseph A Baldi, Tr    jabaldi@baldiberg.com,   jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
        Joshua D Greene    on behalf of Debtor Kelly J Linder jgreene@springerbrown.com,
         sellis@springerbrown.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

                                                                                                               TOTAL: 3