UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
                                    §
LINDER, KELLY J                     §    Case No. 12-02758
                                    §
                                    §
         Debtor(s)                  §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

     Joseph A. Baldi, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

     3) Total gross receipts of $_____ (see **Exhibit 1**), minus funds paid to the debtor and third parties of $_____ (see **Exhibit 2**), yielded net receipts of $_____ from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter    on           . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/Joseph A. Baldi, Trustee_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE |  |  |  |  |  |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Centegra Hospital PO Box 1447 Woodstock, IL 60098 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Centegra Hospital PO Box 1447 Woodstock, IL 60098 | | | | | |
| | Centegra Hospital PO Box 1447 Woodstock, IL 60098 | | | | | |
| | Centegra Hospital PO Box 1447 Woodstock, IL 60098 | | | | | |
| | Chase Bank PO Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase PO Box 15153 Wilmington, DE 19886 | | | | | |
| | Citi - CBNA PO Box 6497 Sioux Falls, SD 57117 | | | | | |
| | Citi - Home Depot PO Box 6497 Sioux Falls, SD 57117 | | | | | |
| | Citi - Mobile PO Box 688901 Des Moines, IA 50368 | | | | | |
| | Citi-Diamond Processing Center Des Moines, IA 50363 | | | | | |
| | Citiflex PO Box 183113 Columbus, OH 43218 | | | | | |
| | Comcast PO Box 3001 Southeastern, PA 19398 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First National Bank | | | | | |
| | Lake McHenry Pathology 3701 Doty Woodstock, IL 60098 | | | | | |
| | Leyden F.P.D. PO Box 1368 Elmhurst, IL 60126 | | | | | |
| | Pinnacle Credit Service 7900 Highway 7 #100 Minneapolis, MN 55426 | | | | | |
| | Robyn & Carol Linder 10507 Ridgefield Court Cedarburg, WI 53012 | | | | | |
| | Target National Bank PO Box 673 Minneapolis, MN 55440 | | | | | |
| | United Hospital System 630 Eighth Avenue Kenosha, WI 53143 | | | | | |
| 000006 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000007 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000008 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | ATLAS ACQUISITIONS LLC (CITIBANK - | | | | | |
| 000005 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000009 | GUARANTY BANK | | | | | |
| 000010 | GUARANTY BANK | | | | | |
| 000002 | MIDLAND CREDIT MANAGEMENT, INC. | | | | | |
| 000003 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| 000004 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| 000011 | ROBYN LINDER | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1 - LINDER
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit 8

| Case No: | 12-02758 JBS Judge: Jack B. Schmetterer | | Trustee Name: | Joseph A. Baldi, Trustee |
| --- | --- | --- | --- | --- |
| Case Name: | LINDER, KELLY J | | Date Filed (f) or Converted (c): | 01/27/12 (f) |
| | | | 341(a) Meeting Date: | 03/12/12 |
| For Period Ending: | 03/18/13 | | Claims Bar Date: | 08/10/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Checking with Chase Bank | 100.00 | 0.00 | | 0.00 | FA |
| 2. Savings account with ING Direct | 300.00 | 0.00 | | 0.00 | FA |
| 3. Carillon Properties | 1,395.00 | 0.00 | | 0.00 | FA |
| 4. ComEd | 400.00 | 0.00 | | 0.00 | FA |
| 5. Various Household Goods and Furnishings | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. Miscellaneous Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 7. 529 Plan | 838.39 | 0.00 | | 0.00 | FA |
| 8. 401(k) | 131,504.00 | 0.00 | | 0.00 | FA |
| 9. Pension with AT&T | 46,769.00 | 0.00 | | 0.00 | FA |
| 10. Estimated 2011 Tax Refund | 5,000.00 | 4,636.00 | | 4,636.00 | FA |
| 11. 2006 Dodge Caravan (98,000 Miles) (Title not in De | 7,100.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $194,906.39 | $4,636.00 | | $4,636.00 | $0.00 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 01/31/13     Current Projected Date of Final Report (TFR): 01/31/13

/s/    Joseph A. Baldi, Trustee
_____    Date: 03/18/13
JOSEPH A. BALDI, TRUSTEE

FORM 2 - LEDGER

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 12-02758 -JBS | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | LINDER, KELLY J | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******7243 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0340 | | | |
| For Period Ending: | 03/18/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/05/12 | 10 | KELLY J LINDER<br>1130 Westminster Lane<br>Elk Grove Village, Il 60007-7237 | TAX REFUND | 1124-000 | 4,636.00 | | 4,636.00 |
| 02/01/13 | 001001 | JOSEPH A. BALDI , as Trustee<br>19 S. LaSalle Street<br>Suite 1500<br>Chicago, Illinois 60603 | Trustee Compensation | 2100-000 | | 1,159.00 | 3,477.00 |
| 02/01/13 | 001002 | Atlas Acquisitions LLC (Citibank - Zales)<br>294 Union St.<br>Hackensack, NJ 07601 | Claim 000001, Payment 3.06032% | 7100-000 | | 60.30 | 3,416.70 |
| 02/01/13 | 001003 | Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123 | Claim 000002, Payment 3.06040% | 7100-000 | | 188.06 | 3,228.64 |
| 02/01/13 | 001004 | PYOD, LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000003, Payment 3.06039% | 7100-000 | | 102.04 | 3,126.60 |
| 02/01/13 | 001005 | PYOD, LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000004, Payment 3.06051% | 7100-000 | | 217.86 | 2,908.74 |
| 02/01/13 | 001006 | Capital One Bank (USA), N.A.<br>PO Box 248839<br>Oklahoma City, OK 73124-8839 | Claim 000005, Payment 3.06046% | 7100-000 | | 103.75 | 2,804.99 |
| 02/01/13 | 001007 | American InfoSource LP as agent for<br>Asset Acceptance<br>as assignee of CITIBANK WORLD MASTERCARD | Claim 000006, Payment 3.06045% | 7100-000 | | 497.33 | 2,307.66 |
| | | | Page Subtotals | | 4,636.00 | 2,328.34 | |

Ver: 17.01

FORM 2 - LEDGER

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 12-02758 -JBS | | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | LINDER, KELLY J | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******7243  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0340 | | | |
| For Period Ending: | 03/18/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/01/13 | 001008 | American InfoSource LP as agent for<br>Asset Acceptance<br>as assignee of CHASE BANK USA - TOYS R U<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Claim 000007, Payment 3.06087% | 7100-000 | | 30.68 | 2,276.98 |
| 02/01/13 | 001009 | American InfoSource LP as agent for<br>Asset Acceptance<br>as assignee of LANE BRYANT RETAIL / WFNN<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Claim 000008, Payment 3.06089% | 7100-000 | | 25.41 | 2,251.57 |
| 02/01/13 | 001010 | Guaranty Bank<br>4000 West Brown Deer Road<br>Brown Deer, WI 53209 | Claim 000009, Payment 3.05927% | 7100-000 | | 6.24 | 2,245.33 |
| 02/01/13 | 001011 | Kenneth S. Gardner<br>Clerk of the U.S. Bankruptcy Court<br>219 S. Dearborn, 7th Floor<br>Chicago, Illinois 60604 | Claim 000010, Payment 3.03929%<br>Guaranty Bank<br>4000 West Brown Deer Road<br>Brown Deer, WI 53209 | 7100-000 | | 0.41 | 2,244.92 |
| 02/01/13 | 001012 | Robyn Linder<br>10507 Ridgefield Ct<br>Cedarburg, WI 53012 | Claim 000011, Payment 3.06048% | 7100-000 | | 2,244.92 | 0.00 |

Page Subtotals    0.00    2,307.66

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2 - LEDGER

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| Case No: | 12-02758 -JBS | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | LINDER, KELLY J | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******7243 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0340 | | |
| For Period Ending: | 03/18/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 4,636.00 | 4,636.00 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 4,636.00 | 4,636.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 4,636.00 | 4,636.00 | |
| | | | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | | Checking Account (Non-Interest Earn - ********7243 | | 4,636.00 | 4,636.00 | 0.00 |
| | | | | | 4,636.00 | 4,636.00 | 0.00 |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals         0.00        0.00

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*